Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **PHILIP CHUKS ONWUATOGWU**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| **PHILIP CHUKS ONWUATOGWU,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25,**<br><br>Defendants. | Civil Case No.<br><br>PLAINTIFFS' PETITION FOR A HEARING ON A NATURALIZATION APPLICATION UNDER 8 U.S.C. § 1447(b) AND COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW. |

Onwuatogwu Complaint

1

## I.    **COMPLAINT**

PLAINTIFF, PHILIP CHUKS ONWUATOGWU, COMPLAINS AS FOLLOWS:

COMES NOW THE PLAINTIFF, PHILIP CHUKS ONWUATOGWU, ("the Plaintiff") through his Attorney, Olumide K. Obayemi, and by and through the undersigned counsel, hereby sue ALBERTO GONZALES, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE ("USDOJ"), UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"),[1] DAVID N. STILL,[2] and DOES 1-25 (the Defendants), jointly and severally.   As grounds therefor, Plaintiff alleges as follows:

1.    This action is brought for a hearing to decide Plaintiff's Application for Naturalization (N-400) filed on January 30, 2006, and upon which an Interview was held on May 31, 2006. A petition pursuant to 8 U.S.C. § 1447(b) is hereby filed due to Defendants' failure to adjudicate Plaintiff's Application for Naturalization (N-400) within 120 days after the first examination (of May 31, 2006) in violation of the Immigration and Nationality Act ("INA") and 8 U.S.C. § 1447(b).

2.    Plaintiff has also brought his complaint and petition pursuant to 8 U.S.C. § 1447(b) and 5 U.S.C. § 706(2) of the Administrative Procedures Act ("APA"), which allows an action by a person suffering a legal wrong because of a final agency action and/or inaction, and pursuant to 28 U.S.C. § 1361, which provides for writs of mandamus to compel an officer or employee of the United States to perform a duty owed to the plaintiff. The agency action ("inaction") complained of is the failure of the USDOJ, USCIS and Still to adjudicate the Form

[1]. On March 1, 2003, the INS was transferred from the United States Department of Justice to the newly-created United States Department of Homeland Security. INS responsibilities have since been divided between two main components of the Homeland Security Department – the Directorate of Border and Transportation Security ("BTS") and the United States Citizenship and Immigration Services.

[2]. Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP

N-400 (Application for Naturalization) for a period of almost fourteen (14) months, which amounts to a constructive denial of the petition.

3.    Plaintiff has sent letters and correspondence to the USDOJ, USCIS and Still, asking them to act on the Petition, but they have failed to act is required. Starting from June 26, 2006 (See attachment at **Pages 3-5**) and on till the present, plaintiff has requested the USCIS offices in Oakland and San Francisco to adjudicate his Form N-400 filed on or about January 30, 2006, (identified by Alien #: 78-059-292).

4.    Defendants have ignored, discarded, and abandoned all of plaintiff's entreaties. They have responded by repeating the same excuses over and over again.

5.    Plaintiff, upon information and belief, alleges that the constructive denial of a petition—*via a two year* inaction, is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." 5 U.S.C. § 706(2);

## II.    **PARTIES**

6.    Plaintiff PHILIP CHUKS ONWUATOGWU is an individual who is over the age of eighteen (18) years and is a resident of California.

7.    ALBERTO GONZALES is the United States ATTORNEY GENERAL, and the head of the UNITED STATES DEPARTMENT OF JUSTICE, and is at all times herein relevant, acting in his official capacity.

8.    Defendant UNITED STATES DEPARTMENT OF JUSTICE ("USDOJ") is an agency of the United States government operating throughout the United States and within the State of California.

9.    Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE ("USCIS") is an agency of the United States government and a division of the Department of

AND IMMIGRATION SERVICES

Homeland Security operating throughout the United States and within the State of California.

10.      DAVID N. STILL is the Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.

11.      Based on the foregoing, as well as the following particulars, Plaintiff believes, and therefore alleges, that they are entitled to all the relief claimed herein, against all the Defendants, jointly and severally.

12.      DOES 1-25 are the agents, employees and/or alter egos of Alberto Gonzales, USDOJ, USCIS and Still. The true names or capacities, whether individual, governmental, corporate or otherwise, of named DOES 1-25, inclusive, are presently unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will seek leave of this Court to amend this Complaint to assert their true names when the same shall have been ascertained. Plaintiff is informed and believes and thereon alleges that each of defendants designated herein as a DOE is legally responsible in some manner for the events herein alleged and is, therefore, liable to Plaintiff for the relief as hereinafter set forth.

### III.      JURISDICTIONAL ALLEGATION
### FEDERAL QUESTION JURISDICTION

13.      Jurisdiction in this case is based on existence of a Federal Question, under 8 U.S.C. § 1447(b) and 28 U.S.C. § 1331. Plaintiff herein brings suit asserting that Defendants have and continue to violate his constitutional rights. *See **Bivens v. Six Unknown Fed. Narcotics Agents*** (1971) 403 U.S. 388. Specifically, this action arises under the Fifth, Sixth, and Fourteenth Amendments of the United States' Constitution, which guarantee due process of law, *see **Washington vs. Texas***, 388 U.S. 14, 18 (1967). For the Defendants to grant other aliens' applications and petitions and refuse to adjudicate applicant's Application for Naturalization evidence a denial of due process, including undue delay of the processing of the petition.

The Law Offices of
Olumide K. Obayemi

14.     Plaintiff seeks a hearing under 8 U.S.C. § 1447(b). Plaintiff further seeks judicial review of the final agency action[3] which he asserts is arbitrary, capricious, an abuse of discretion, unlawful, and in violation of his constitutional rights, pursuant to 5 U.S.C. § 702 and 706(2)(A)&(B) of the Administrative Procedures Act (APA). Plaintiff seeks relief in the form of an affirmative injunction. 5 U.S.C. § 702.

15      Plaintiff also seeks relief in the form of a writ of mandamus compelling the named Federal officials and agencies to perform non-delegable duties owed to Plaintiff pursuant to Mandamus Act, 28 U.S.C. § 1361.

16.     Venue is proper pursuant to 28 U.S.C. § 1391(e)(3), which provides in relevant part "a civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under the color of legal authority, or an agency of the United States, or the United States, may, except otherwise provided by law, be brought in any judicial district in which [] plaintiff resides if no real property is involved in the action."

## III.    ALLEGATION OF FACTS

17.     On or about January 30, 2006, Plaintiff filed his Form N-400 (Application for Naturalization) in California. This Petition was filed at UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE (U.S.C.I.S.). (See attachments at **Page 1**).

18.     On May 31, 2006, Defendants conducted an interview at their San Francisco Office, thereby interviewing the Plaintiff. (See attachments at **Pages 1-2**). Defendants admitted that Plaintiff had passed all examinations, and was to bring additional documents. (See attachments at **Page 2**).

19.     On June 26, 2006, Plaintiff submitted the requisite documents as demanded by the

---

[3]. In this case, plaintiff asserts that defendants' almost twenty months (January 2006 to August 2007) inaction is tantamount to a constructive denial of the application filed by Plaintiff.

Defendants. (See attachments at **Pages 3-5**).

20. After waiting for several months, plaintiff's attorney made several enquiry as to the delay in the approval of Plaintiff's Naturalization Application

21. The only information obtained is that background checks are "still pending."

22. Ever since then plaintiff has received no other notice from defendants despite numerous reminders, inquiries, and letters.

23. None of the actions and/or documents in possession of defendants which plaintiff relies on for the prosecution of his petition has been disclosed to plaintiff. Defendants have shielded from plaintiff all their actions taken so far, which may have effect on the petition submitted by plaintiff. Plaintiff has complied with all the requirements and completed all the forms requested from him, yet, defendants have not disclosed their actions or updates to plaintiff. For almost 14 months, plaintiff's numerous business engagements outside United States and other family engagements have almost been adversely terminated due to the inaction of defendants.

### IV.     *FIRST CAUSE OF ACTION*
### *8 U.S.C. § 1447(b)*
(REQUEST FOR A HEARING DUE AGENCY ACTION, INACTION AND/OR CONSTRUCTIVE DENIAL)

24. Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 23 of the general allegations as though the same were set forth at length herein.

25. Plaintiff is requesting a hearing to decide Plaintiff's Application for Naturalization (N-400) filed on January 30, 2006, and on which an Interview was held on May 31, 2006. A petition pursuant to 8 U.S.C. § 1447(b) is hereby filed due to Defendants' failure to adjudicate Plaintiff's Application for Naturalization (N-400) within 120 days after the first examination (of May 31, 2006) in violation of the Immigration and Nationality Act ("INA") and 8 U.S.C. §

1   1447(b).

2

3                    **V.    SECOND CAUSE OF ACTION**
4   **UNITED STATES CONSTITUTION, AMEND V, VI, and XIV, VIOLATION OF**
    **PLAINTIFF'S CONSTITUTIONAL RIGHTS TO COMPULSORY DUE PROCESS AND**
5   **DUE PROCESS—INACTION, DELAY, CONSTRUCTIVE DENIAL, FAILURE TO**
    **ADJUDICATE, & FAILURE TO PRODUCE DOCUMENTATION AND RESULTS**
6   **WITHIN SOLE POSSESSION OF FEDERAL AGENCIES**

7          26.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and

8   every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs

9   24 through 25 of the first cause of action as though the same were set forth at length herein.

10         27.    Defendants USDOJ, USCIS, and David N. Still have within their possession

11  documents and information which are necessary to plaintiff's prosecution of his Application for

    Naturalization (Form N-400) including but not limited to:

12         (a) all investigations carried out in the United States on the N-400 petition submitted by
13         plaintiff to defendants on or about January 30, 2006;

14         (b) all investigations carried out in Nigeria on the N-400 petition submitted by plaintiff to
           defendants in December 2005;

15
           (c) all investigations carried out between the various inter-governmental agencies like the
16         Alameda Sheriff, San Francisco Police Department, Oakland Lorenzo Police Department,
           Federal Bureau of Investigations, San Francisco Asylum Office, Immigration Court in San
17         Francisco, USCIS Office in Nebraska, USCIS Office in San Francisco, Nigeria
           Government, etc as part of background fingerprint and data collection processes regarding
18         the N-400 petition submitted by plaintiff to defendants in 2006 and 2007; and

19
           (d) all personal materials submitted by plaintiff and forwarded by other law enforcement
20         agencies in support of the N-400 petition submitted by plaintiff to defendants in January
           2006.
21
           28.    Pursuant to the United States Constitution, Amendments V, VI, and XIV, plaintiff
22
    has a constitutional right to due process which encompasses all information and documentation in
23
    the possession of USDOJ, USCIS and Still which might reasonably enhance and supplement
24
    documents already provided to defendants in support of his application or that might have adverse
25
26  effect on the application submitted. He also has a right to documents and information that might

27

28

Onwuatogwu Complaint                                                                          6

reflect on the quality and thoroughness of the investigation of the underlying application, and that reflect on the credibility and reliability of reports collected from various agencies.

29.     Pursuant to United States Constitution, Amendment VI, Plaintiff has a constitutional right to compulsory process, which encompasses the right to receive prompt and adequate reply to his inquiries.[4]

30.     Plaintiff has attempted to obtain the necessary documents from defendants from various letters, but defendants have refused to release the result of the N-400 petition filed by plaintiff or to release any information or document relating N-400 petition filed.

31.     By refusing to release the result of the N-400 petition filed by plaintiff or to release any information or document relating N-400 petition filed to plaintiff, defendants have and continue to violate plaintiff's constitutional rights, as guaranteed by the United States Constitution, amendments V, VI, and XIV.

32.     The actions of Defendants have harmed and prejudiced plaintiff by withholding from him the result of the N-400 petition filed by plaintiff or any information or document relating N-400 petition filed, hindering plaintiff from justly and judiciously prosecuting the processing of his Form N-400.

---

[4]. Due Process Rights applicable to immigration proceedings have been stated by the Supreme Cour in ***Bridges v. Wixon***, 326 U.S. 135, 154 (1945), where the Supreme Court emphasized the importance of strictly protecting an alien's right to procedural due process thus:

> "Here the liberty of an individual is at stake.... We are dealing here with procedural requirements prescribed for the protection of the alien. Though deportation is not technically a criminal proceeding, it visits a great hardship on the individual and deprives him of the right to stay and live and work in this land of freedom. That deportation is a penalty--at times a most serious one--cannot be doubted. Meticulous care must be exercised lest the procedure by which he is deprived of that liberty not meet the essential standards of fairness." (*Ibid.* 326 U.S. 135, 154 (1945)).

33.     If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, he would have no knowledge of the exact agency delaying his application, have no knowledge about the stage which his application has reached, the nature of additional action to be taken or additional documents to be submitted, or indeed whether defendants have started to work on his case at all, and if the latter is the situation which agency to hold liable. Plaintiff and his family members in Nigeria continue to be separated and disunited so long as defendants do not act on plaintiff's N-400 petition.

34.     Plaintiff continues to lose business opportunities in Nigeria because his citizenship is in limbo. For almost 19 months, plaintiff's numerous business engagements in Nigeria and other family engagements have almost been adversely terminated due to the inaction of defendants.

### VI.     THIRD CAUSE OF ACTION
### 5 U.S.C. § 706(2)(A)&(B)
### (UNLAWFUL AGENCY ACTION, INACTION AND/OR CONSTRUCTIVE DENIAL)

35.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs 25 through 34 of the first and second causes of action as though the same were set forth at length herein.

36.     The comprehensive provisions of the Administrative Procedures Act, allows for judicial review of agency action (or lack of agency action, or constructive denial) under 5 U.S.C. §§ 701-706 apply to a "final agency action for which there is no other adequate remedy in a court." 5 U.S.C. §704. See also *Heckler v. Chaney*, 470 U.S. 821, 828 (1985).

37.     USCIS, USDOJ, and Still have plaintiff's N-400 petition in their possession since it was filed in January 2006. But as at August 2, 2007, defendants have refused to act on the petition, and they have continued to withhold all information concerning the processing of the

The Law Offices of
Olumide K. Obayemi

Form N-400.

38.    The time period from January 2006 until August 2, 2007 constitutes an unreasonable long period, and coupled with lack information of the cause of the delay and/or inaction along with the fact that other similarly situated people have had their petitions granted, it shows that defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. 5 U.S.C. § 706(2).

39.    If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, he would have no knowledge of the exact agency delaying his application, have no knowledge about the stage which his application has reached, the nature of additional action to be taken or additional documents to be submitted, or indeed whether defendants have started to work on his case at all, and if the latter is the situation which agency to hold liable. Plaintiff and his family members and business partners in Nigeria and other foreign nations continue to be separated and disunited so long as defendants do not act on plaintiff's N-400 petition.

40.    Plaintiff continues to lose business opportunities in Nigeria because his citizenship is in limbo. For almost 19 months, plaintiff's numerous business engagements in Nigeria and other family engagements have almost been adversely terminated due to the inaction of defendants. (See attached **Pages 1-5**)

41.    The actions of the Defendants agencies are final.

42.    The actions of the Defendants agencies and the named individuals who direct and administer these agencies are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law under 5 U.S.C. § 706(2) and in contravention of plaintiff's constitutional rights to due process and compulsory due process under the United States Constitution Amendments V, VI, and XIV.

43.    The actions of the USDOJ, USCIS and Still refusing to grant or deny plaintiff's N-400 petition or to answer all reasonable inquiries by plaintiff about the steps taken so far and/or processing have harmed and continue to harm plaintiff. They hinder the smooth and proper processing of the N-400 petition.

### VII.    FOURTH CAUSE OF ACTION
### 28 U.S.C. § 1361
### (WRIT OF MANDAMUS)

44.    Plaintiffs hereby incorporate herein by reference, replead and reallege each and every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs 24 through 43 of the first, second and third causes of action as though the same were set forth at length herein.

45.    Pursuant to 28 U.S.C. § 1361, which provides for writs of mandamus to compel an officer or employee of the United States to perform a duty owed to the plaintiff. The agency action complained of is the failure of the USCIS to adjudicate the N-400 Application for Naturalization for a period of almost 19 months, amounting to a constructive denial of the petition.

46.    USCIS, USDOJ, and Still have plaintiff's N-400 petition in their possession since it was filed in January 2006. As at August 2, 2007, defendants have refused to act on the petition, and they have continued to withhold all information concerning the processing of the Form N-400.

47.    Plaintiff has sent inquiries to Defendants asking them to adjudicate on his almost 19 months old petition, release the information on the processing done so far, or disclose other pertinent information on what other steps are needed to be carried out by plaintiff to enable defendants acts justly, defendants have simply ignored plaintiff for the past 20 months. (See attachments)

48.     The time period extending from January 2006 until August 2, 2007 constitutes an unreasonable long period, and coupled with lack information of the cause of the delay and/or inaction along with the fact that other similarly situated people have had their petitions granted shows that defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law.

49.     If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, the main purpose for filing the petition would be practically defeated.

50.     The actions of the Defendants agencies are final.

51.     The actions of the Defendants agencies and the named individuals who direct and administer these agencies are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law under 5 U.S.C. § 706(2) and in contravention of plaintiff's constitutional rights to due process and compulsory due process under the United States Constitution Amendments V, VI, and XIV.

52.     The actions of the USDOJ, USCIS and Still refusing to grant or deny plaintiff's N-400 petition or to answer all reasonable inquiries by plaintiff about the steps taken so far and/or processing have harmed and continue to harm plaintiff. They hinder the smooth and proper processing of the N-400 petition.

**RELIEF REQUESTED**

WHEREFORE, plaintiffs pray for a relief, decree and order against Defendants, jointly and severally, and each of the other defendants named as DOES 1-25, as hereafter set forth:

1.     An Order Scheduling Hearing for adjudicating Plaintiff's Application for Naturalization (N-400) pursuant to 8 U.S.C. § 1447(b).

2.     For an affirmative injunction and/or writ of mandamus ordering Defendants to **adjudicate** on Plaintiff's Form N-400 (Application for Naturalization)

3.    For an affirmative injunction and/or writ of mandamus ordering, that within ten calendar days, Defendants USDOJ, USCIS, and David N. Still produce to Plaintiff *all* documents and information, within their possession, which are necessary for plaintiff's prosecution of his Form N-400 (Application for Naturalization) including but not limited to:

(a) all investigations carried out in the United States on the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants between January 2006 until August 2, 2007;

(b) all investigations carried out in Nigeria on the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants between January 2006 and August 2, 2007;

(c) all investigations carried out between the various inter-governmental agencies like the Alameda Sheriff Department, San Francisco Police Department, Oakland Police Department, Federal Bureau of Investigations, San Francisco Asylum Office, Immigration Court in San Francisco, USCIS Office in Nebraska, USCIS Office in San Francisco, Nigeria Government, etc as part of background fingerprint and data collection processes regarding the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in January 2006; and

(d) all personal materials submitted by plaintiff and forwarded by other law enforcement agencies in support of the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in January 2006.

4.    Costs of the proceedings herein;

5.    Reasonable attorneys' fees; and

6.    All such other and further relief as the Court deems just.

Dated: August 2, 2007                              The Law Offices of Olumide K. Obayemi

_____//s//_____
Olumide K. Obayemi
Attorneys for Plaintiff
PHILIP CHUKS ONWUATOGWU

The Law Offices of
Olumide K. Obayemi

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | | |

| CASE TYPE | | | NOTICE DATE |
|---|---|---|---|
| N400   Application For Naturalization | | | March 21, 2006 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | INS A# |
|---|---|---|---|
| WSC*001445008 | January 30, 2006 | January 30, 2006 | A 078 059 292 |
| APPLICANT NAME AND MAILING ADDRESS | | | PAGE  1 of 1 |

PHILIP CHUKS ONWUATOGWU
c/o VIRENDER GOSWAMI
LAW OFFICES OF VIRENDER KUMAR GOSW
350 SANSOME ST STE 600
SAN FRANCISCO CA 94104

ԱԱԼՄ.ԼՄԱ||Մ.Մ.Մ

**Please come to:**
USINS SAN FRANCISCO DISTRICT OFFICE
630 SANSOME ST
2ND FLOOR RECEPTION
WAITING ROOM A
SAN FRANCISCO CA 94111
On (Date):   Wednesday, May 31, 2006
At (Time):   01:20 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
* This letter.
* Your Alien Registration Card (green card).
* Any evidence of Selective Service Registration.
* Your passport and/or any other documents you used in connection with any entries into the United States.
* Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
* Your marriage certificate.
* Proof of death or divorce for each prior marriage of yourself or spouse.
* Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
* Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



Department of Homeland Security
U.S. Citizenship and Immigration Services                        N-652, Naturalization Interview Results

A#: 695 059 292

On    MAY 3 1 2006              , you were interviewed by USCIS officer        Ronald Ennis

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception.. You are exempted from the requirement to demonstrate English
   language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ .
   write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☑ Please follow the intructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and
   government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision
   about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have
   established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for
   the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

      It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien
   Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony.
   Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing
before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination
on your application within 120 days of the date of your examination.

## LAW OFFICE OF VIRENDER KUMAR GOSWAMI
### 350 Sansome Street, Suite 600
### San Francisco, CA 94104

June 26, 2006

Officer R. Ennis
U.S. Department of Homeland Security
USCIS
630 Sansome Street, Room 200
San Francisco, CA 94111

**Re:** **Philip C. Onwuatogwu (A78 059 292)**
**RESPONSE TO REQUEST FOR PROOF OF MARITAL UNION**

Dear Officer Ennis:

This letter is in response to your request for proof of Philip Onwuatogwu's marital union. For each type of proof requested, this letter will explain the contents of the proof provided. Attached to this response are copies of (a) an affidavit regarding joint properties; (b) both spouses' driver's licenses; (c) health and car insurance information; (d) W-2 forms for 2003-2005; (e) tax returns for 2002-2004; (f) mortgage agreements; (g) bank statements; (h) residence phone records; and (i) current payroll statements.

### A. Affidavit Regarding Joint Properties

Please see attachment A, an affidavit regarding the Onwuatogwus' property. The Onwuatogwus' own 4 homes: 544 La Prenda Drive in Oakland, CA; 2927 Havenscourt Blvd. in Oakland, CA; 2715 79th Avenue in Oakland, CA; and 7230 Lockwood St. in Oakland, CA. The home on 544 La Prenda was owned by Mrs. Onwuatogwu's mother, and was given to Mrs. Onwuatogwu when her mother passed away. The Onwuatogwus' lived at this address from November 1998 until July 2003, at which point they moved to 2715 79th Avenue (see address on attachments E-1, E-2). In October 2005 the Onwuatogwu's joint business progressed to the point where they needed to dedicate more of the 79th Avenue property for the business. They then moved part-time 2927 Havenscourt Blvd., where they often reside (see addresses on attachments C-3, C-4, I), and conduct some business. However, since they own both the 79th Avenue property and the 2927 Havenscourt Blvd. property, they reside and conduct business in both properties. The home on 7230 Lockwood St. (see mortgage statement in attachment D-1) is a rental property.

### B. Copies of Both Spouses' Driver's Licenses

Please see attachment B, a photocopy of both spouses' driver's licenses. The address on Philip Onwuatogwu's license, 14410 Washington Ave. # 114, is the address of his postal mail box. The address on his wife's license, 544 La Prenda Dr., is the address of the home in which they resided in Jaunary 2003, when the license was issued. This is evidenced by its use on the 1040 tax return which the couple filed jointly for 2002 (see attachment E-3, infra).

## I. Copies of Current Payroll Statements

Please see attachment I, the last 3 payroll statements for Mrs. Onwuatogwu. Because Mr. Onwuatogwu owns his own business, he does not receive payroll statements.

Given the submission of the requested proof of marital union, we ask that you approve Mr. Onwuatogwu's N-400 Application for Naturalization immediately. If you have any other questions, please do not hesitate to contact us. Thank you for your attention to this matter.

Sincerely,

_____

Virender K. Goswami

## C. Copies of Health and Car Insurance Information

Please see attachment C-1, a photocopy of both spouses' health insurance cards; attachment C-2, a photocopy of the Onwuatogwus' proof of car insurance; attachment C-3, a photocopy of an account statement from WFS Financial, the Onwuatogwus' car loan lender; and attachment C-4, a photocopy of the Onwuatogwus' vehicle registration card.

## D. Copies of W-2 Forms for 2003-2005

Please see attachment D-1, a packet containing photocopies of the Onwuatogwus' 2005 W-2 forms and income statements, and attachment D-2, a packet containing photocopies of the Onwuatogwus' 2004 W-2 forms and income statements. Included in the 2005 packet are W-2 forms from their different employers, mortgage interest statements for their homes, and records of charitable donations. Included in the 2004 packet are mortage interest statements for their homes (2927 Havenscourt Boulevard, 2715 79th Avenue, and 544 La Prenda Drive), records of charitable donations, tuition statements, and W-2 forms from their different employers.

## E. Copies of Tax Returns for 2002-2004

Please see attachment E-1, a packet containing photocopies of the Onwuatogwus' 2004 California and Federal income tax returns; attachment E-2, a packet containing photocopies of the Onwuatogwus' 2003 Federal income tax return; and attachment E-3, a packet containing photocopies of the Onwuatogwus' 2002 Federal income tax return.

## F. Copies of Mortgage Agreements

Please see attachment F-1, a May 2006 mortgage statement for the property on 2715 79th Avenue in Oakland, CA; attachment F-2, a May 2006 mortgage statement for the property on 2927 Havenscourt Boulevard in Oakland, CA; and attachment F-3, a June 2006 mortgage statement for the property on 544 La Prenda Drive in Oakland, CA.

## G. Copies of Bank Statements

Please see attachment G-1, the March 2006 – May 2006 statements for the Onwuatogwus' account with the Union Bank of California; and attachment G-2, the February 2006 – May 2006 statements for the Onwuatogwus' accounts with Bank of America. Please note that one of the Bank of America accounts and the Union Bank of California account are for Chussy International, a business which Mr. and Mrs. Onwuatogwu conduct together as husband and wife (see attachment G-3, materials documenting Chussy International).

## H. Copy of Residence Phone Records

Please see attachment H, the last residence phone bill for the Onwuatogwus' property on 2715 79th Avenue. Both spouses primarily use their mobile phones.

# LAW OFFICE OF
# VIRENDER KUMAR GOSWAMI

# Fax

**Attn: Mr. Philip Onwuatogwu**　　　　　　　　　　**From: Neeta Choudhary**

**Fax #: (800) 948-6082**

**Pages: 11 (Including this cover page)**　　　　　　**Date: August 6, 2007**

Re:　　**Application for Naturalization**

Dear Mr. Onwuatogwu:

Per your request, please find enclosed your application for naturalization. If you have any questions or concerns, please feel free to contact our office..

Sincerely,

Neeta Choudhary
Neeta Choudhary
Receptionist

OMB No. 1115-0009

U.S. Department of Justice
Immigration and Naturalization Service

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name (*The Person Applying for Naturalization*) |
|---|

Write your INS "A"- number here:
A  0  7  8  0  5  9  2  8  2

A. Your current legal name.

Family Name (*Last Name*)

ONWUATOGWU

Given Name (*First Name*)

PHILIP

Full Middle Name (*If applicable*)

CHUKS

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name (*Last Name*)

ONWUATOGWU

Given Name (*First Name*)

Philip

Full Middle Name (*If applicable*)

C

C. If you have ever used other names, provide them below.

| Family Name (*Last Name*) | Given Name (*First Name*) | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

D. Name change (*optional*)

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☐ Yes   ☒ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name (*Last Name*)

Given Name (*First Name*)          Full Middle Name

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|
|  |  |

Remarks

Action

| Part 2. Information About Your Eligibility (*Check Only One*) |
|---|

I am at least 18 years old **AND**

A. ☐ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☒ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other (*Please explain*)

Form N-400 (Rev. 07/23/02)N

**Part 3. Information About You**

Write your INS "A"- number here:

A  0  7  8  0  5  9  2  9  2

A. Social Security Number

3  3  5  -  9  4  -  5  7  2  5

B. Date of Birth *(Month/Day/Year)*

0  6  / 1  4  / 1  9  6  0

C. Date You Became a Permanent Resident *(Month/Day/Year)*

0  5  / 0  2  / 2  0  0  2

D. Country of Birth

Nigeria

E. Country of Nationality

Nigerian

F. Are either of your parents U.S. citizens? (if yes, *see Instructions*)   ☐ Yes   ☒ No

G. What is your current marital status?   ☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations)*   ☐ Yes   ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain:

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P. 0. Box in this space)*            Apartment Number

2715 79th Avenue

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Oakland | Alameda | California | 94605 | USA |

B. Care of            Mailing Address - Street Number and Name *(If different from home address)*            Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
|  |  |  |  |

C. Daytime Phone Number (If any)    Evening Phone Number (If any)    E-mail Address *(If any)*

( 510  ) 562-2024      ( 510  ) 562-2024      CHUSSY@COMCAST.NET

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A [0] [7] [8] [0] [5] [9] [2] [9] [2]

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[X] Male    [ ] Female

B. Height

[5] Feet [8] Inches

C. Weight

[165] Pounds

D. Are you Hispanic or Latino?    [ ] Yes    [X] No

E. Race *(Select one or more)*

[ ] White    [ ] Asian    [X] Black or African American    [ ] American Indian or Alaskan Native    [ ] Native Hawaiian or Other Pacific Islander

F. Hair color

[X] Black    [ ] Brown    [ ] Blonde    [ ] Gray    [ ] White    [ ] Red    [ ] Sandy    [ ] Bald (No Hair)

G. Eye color

[ ] Brown    [ ] Blue    [ ] Green    [ ] Hazel    [ ] Gray    [X] Black    [ ] Pink    [ ] Maroon    [ ] Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 0 7 / 2 0 0 3 | Present |
| 544 La Prenda Drive, Hayward, CA | 1 1 / 1 9 9 8 | 0 7 / 2 0 0 3 |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |
| | __ __ / __ __ __ __ | __ __ / __ __ __ __ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| Delta Financial | 675 Hegenberger Road, Suite #213 Oakland, CA 94621 | 0 3 / 2 0 0 5 | Present/ __ __ __ | Accountant |
| Cost Plus | 200 4th Street Oakland, CA 94607 | 0 2 / 1 2 0 0 | 0 3 / 2 0 0 5 | Accountant |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |
| | | __ __ / __ __ __ __ | __ __ / __ __ __ __ | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 8 0 5 9 2 9 2

A. How many total days did you spend outside of the United States during the past 5 years?     | 30 | days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?     | 1 | trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 1  2 /1 4 /2 0 0 4 | 0 1 /1 3 /2 0 0 5 | Yes ☒ No | Nigeria | 30 |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |
|  /  /  |  /  /  | Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?     | 2 |     If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*     Given Name *(First Name)*     Full Middle Name *(If applicable)*

ONWUATOGWU     Rosalyn     Andrea

2. Date of Birth *(Month/Day/Year)*     3. Date of Marriage *(Month/Day/Year)*     4. Spouse's Social Security Number

0 1 /1 2 /1 9 5 9     1 2 /0 5 /1 9 9 8     5 4 6 - 4 5 - 8 0 7 4

5. Home Address - Street Number and Name     Apartment Number

2715 79TH Avenue

City     State     ZIP Code

Oakland     California     94605

Form N-400 (Rev. 07/23/02)N Page 4

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A 0 7 8 0 5 9 2 9 2

C  Is your spouse a U.S. citizen?  ☒ Yes   ☐ No

D  If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?   ☒ At Birth   ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

    _ _ / _ _ / _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*
A _ _ _ _ _ _ _ _

3. Spouse's Immigration Status
☐ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*
OBUNNEME

Given Name *(First Name)*
Ngozi

Full Middle Name *(If applicable)*


2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☒ Other  Nigerian

3. Date of Marriage *(Month/Day/Year)*
1 2 / 0 0 / 1 9 9 3

5. How Marriage Ended
☒ Divorce   ☐ Spouse Died   ☐ Other

4. Date Marriage Ended *(Month/Day/Year)*
0 1 / 1 6 / 1 9 9 8

G. How many times has your current spouse been married (including annulled marriages)?   4

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*
CARTER

Given Name *(First Name)*
Willia

Full Middle Name *(If applicable)*
Lee

2. Prior Spouse's Immigration Status
☒ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other

3. Date of Marriage *(Month/Day/Year)*
0 8 / 0 3 / 1 9 7 9

5. How Marriage Ended
☒ Divorce   ☐ Spouse Died   ☐ Other

4. Date Marriage Ended *(Month/Day/Year)*
0 4 / 1 2 / 1 9 8 5

---

**Part 9. Information About Your Children**

Write your INS "A"- number here:
A <u>0</u> <u>7</u> <u>8</u> <u>0</u> <u>5</u> <u>9</u> <u>2</u> <u>9</u> <u>2</u>

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

4

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Ify Onwuatogwu | 0 7/1 2/1 9 8 5 | A N o n e | Nigeria | |
| Ndubisi Onwuatogwu | 0 5/0 6/1 9 9 3 | A N o n e | Nigeria | |
| Uzoma Onwuatogwu | 0 7/1 4/1 9 9 5 | A N o n e | Nigeria | |
| Olsemedua Onwuatogwu | 0 5/0 6/1 9 9 8 | A N o n e | Nigeria | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ | | |
| | _ _/_ _/_ _ _ _ | A _ _ _ _ _ _ _ | | |

---

**Part 10. Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)?* ☐ Yes ☒ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☒ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☒ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☒ No

| **Part 10. Additional Questions (Continued)** | Write your INS "A"- number here: |
|---|---|
| | A <u>0</u> <u>7</u> <u>8</u> <u>0</u> <u>5</u> <u>9</u> <u>2</u> <u>9</u> <u>2</u> |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place? [ ] Yes [X] No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party? [ ] Yes [X] No

   b. Any other totalitarian party? [ ] Yes [X] No

   c. A terrorist organization? [ ] Yes [X] No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence? [ ] Yes [X] No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion? [ ] Yes [X] No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany? [ ] Yes [X] No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany? [ ] Yes [X] No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? [ ] Yes [X] No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return? [ ] Yes [X] No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a 'nonresident'? [ ] Yes [X] No

---

**Part 10. Additional Questions *(Continued)***

Write your INS "A"- number here:
A  0   7   8   0   5   9   2   9   2

---

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☒ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard?  ☐ Yes  ☒ No

    b. been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☒ No

    d. been married to more than one person at the same time?  ☐ Yes  ☒ No

    e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

    f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

    g. failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A  0  7  8  0  5  9  2  9  2

E. **Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

F. **Military Service**

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

G. **Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [          ]     Selective Service Number  _ _ / _ _ _ _ _ _ /_

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

H. **Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 8 0 5 9 2 9 2

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it,
are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*

02/09/05

**Part 12. Signature of Person Who Prepared This Application for You (if applicable)**

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based
on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact*
*questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
|---|---|
| Pushpraj Goswami | |

| Date *(Month/Day/Year)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| _ _ / _ _ / _ _ | LAW OFFICES OF VIRENDER KUMAR GOSWAMI | ( 415 ) -391-0228 |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
|---|---|---|---|
| 350 SANSOME STREET SUITE# 600. | SAN FRANCISCO | CA | 94104 |

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this
application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me
numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____

| | Officer's Printed Name or Stamp | Date *(Month/Day/Year)* |
|---|---|---|
| Complete Signature of Applicant | Officer's Signature | |

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following
oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take
this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate,
state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| PHILIP CHUKS ONWUATOGWU | |

Form N-400 (Rev. 07/23/02)N Page 10