Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **PHILIP CHUKS ONWUATOGWU**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| **PHILIP CHUKS ONWUATOGWU**<br><br>Plaintiff,<br><br>vs.<br><br>**ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25**,<br><br>Defendants. | Civil Case No. **C-07-4076-JCS**<br><br>**CERTIFICATE/PROOF OF SERVICE Re:**<br><br>**SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.** |

Somraj proof

1  **CERTIFICATE/PROOF OF SERVICE Re: SUMMONS IN A CIVIL CASE &
2  PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361,
3  AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE
   PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED
4  STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL
   RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.**

5  I, Olumide K. Obayemi, declare that:

6
7  I am over the age of eighteen years and am not a party to the within action

8  My business address is The Law Offices of Olumide K. Obayemi, 337 Caliente Circle, San Leandro, CA 94578.

9
10 On August 8, 2007, I served a true copy of the document entitled: **(a) SUMMONS IN A CIVIL CASE & (b) PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28
11 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED
12 STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW**, on all
13 parties in this action,

14 []    By facsimile transmission to the telephone number below

15 []    By enclosing a true copy thereof in a sealed envelope with postage prepaid, and depositing
16 it in the United States mail at San Leandro, California, addressed as follows:

17 [X]    **PERSONAL SERVICE**

18 **{1}.    ALBERTO GONZALES ATTORNEY GENERAL,**
         **c/o Diann Lackey (Paralegal)—Person Authorized to Receive Court Process**
19       **Office of the United States Attorney**
         **450 Golden Gate Avenue-11th Floor,**
20       **San Francisco, CA 94102**

21

22 **{2}.    UNITED STATES DEPARTMENT OF JUSTICE,**
         **c/o Diann Lackey (Paralegal)—Person Authorized to Receive Court Process**
23       **Office of the United States Attorney**
         **450 Golden Gate Avenue-11th Floor,**
24       **San Francisco, CA 94102**

25
26 **{3}.    UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,**
         **c/o Diann Lackey (Paralegal)—Person Authorized to Receive Court Process**
27       **Office of the United States Attorney**
         **450 Golden Gate Avenue-11th Floor,**
28       **San Francisco, CA 94102**

**OBAYEMI**    Somraj proof                                                                1

**{4}**   **DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
c/o Diann Lackey (Paralegal)—Person Authorized to Receive Court Process
**Office of the United States Attorney**
**450 Golden Gate Avenue-11th Floor,**
**San Francisco, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2007, at San Leandro, California.

_____//S//_____
Olumide K. Obayemi