1  Olumide K. Obayemi (SBN 219562)
   The Law Offices of Olumide K. Obayemi
2  337 Caliente Circle
   San Leandro, CA 94578-4144
3  Tel/Fax: (510) 352-3000
4  Cell: (510) 798-8732
   E-mail: obayemilaw@yahoo.com
5
6  Attorneys for **PHILIP CHUKS ONWUATOGWU**

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE**

10

| 11 | **PHILIP CHUKS ONWUATOGWU** | |
|----|---|---|
| 12 | | Civil Case No. **C-07-4076-JCS** |
| 13 | Plaintiff, | **CERTIFICATE/PROOF OF SERVICE Re:** |
| 14 | vs. | |
| 15 | | **SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.** |
| 16 | **ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25,** | |
| 21 | Defendants. | . |

22
23
24
25
26
27
28

**CERTIFICATE/PROOF OF SERVICE Re: SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.**

I, Olumide Kolawole Obayemi, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint, ORDER SETTING INITIAL CASE CONFERENCE AND ADR RULES, and the Handbook entitled: "Dispute Resolution Procedures in the Northern District of California," was made on August 15, 2007, **by serving the Office of the United States Attorney General, Department of Justice, via a certified mail #: 7007-1490-0002-8486-4723. It was delivered at Washington DC on August 15, 2007 at** U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 by one of the following methods:

**Mail Service:** Regular, first class United States mail, and postage fully pre-paid.

**Personal Service:** By leaving the process with defendant or with an officer or agent of defendant.

**Residence Service:** By leaving the process with an adult.

**[X] Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant.

> **Office of the United States Attorney General, Department of Justice, via a certified mail #: 7007-1490-0002-8486-4723. It was delivered at Washington DC on August 15, 2007 in WASHINGTON, DC 20530.**

**Publicaton:** The defendant was served as follows. [Use space below]

**State Law:** The defendant was served pursuant to the laws of the State of _____ (U. S. state), as follows.

**Under penalty of perjury, I declare that the foregoing is true and correct.**

Business Address: 337 Caliente Circle,

Business City, State, and Zip: San Leandro, CA 94578

    Executed on August 20, 2007 at San Leandro, California.

                                          _____//S//_____
                                              Olumide K. Obayemi