United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP CHUKS ONWUATOGWU,                          No.  C 07-04076 JCS

                    Plainitff(s),                 NOTICE OF IMPENDING
                                                  REASSIGNMENT TO A UNITED STATES
          v.                                      DISTRICT JUDGE

ALBERTO GONZALES, ET AL.,

                    Defendant(s).
_____/

        The Clerk of this Court will now randomly reassign this case to a United States District

Judge because:

        [X]     One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

        []      One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.


Dated:  August 23, 2007

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          _Karen L. Hom_____
                                          By: Karen L. Hom
                                          Courtroom Deputy

cc:  Intake