1  Olumide K. Obayemi (SBN 219562)
2  The Law Offices of Olumide K. Obayemi
   337 Caliente Circle
3  San Leandro, CA 94578-4144
   Tel/Fax: (510) 352-3000
4  Cell: (510) 798-8732
   E-mail: obayemilaw@yahoo.com
5
6  Attorneys for **PHILIP CHUKS ONWUATOGWU**

7

8                    **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE**

10

| 11 | **PHILIP CHUKS ONWUATOGWU** | |
|---|---|---|
| 12 | | Civil Case No. **C-07-4076-JCS** |
| 13 | Plaintiff, | **CERTIFICATE/PROOF OF SERVICE Re:** |
| 14 | vs. | |
| 15 | | **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES** |
| 16 | **ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25**, | . |
| 21 | Defendants. | |

22
23
24
25
26
27
28

**CERTIFICATE/PROOF OF SERVICE Re: CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES.**

I, Olumide K. Obayemi, declare that:

I am over the age of eighteen years and am not a party to the within action

My business address is The Law Offices of Olumide K. Obayemi, 337 Caliente Circle, San Leandro, CA 94578.

On August 30, 2007, I served a true copy of the document entitled: **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES.**, on all parties in this action,

[]    By facsimile transmission to the telephone number below

[X]   By enclosing a true copy thereof in a sealed envelope with postage prepaid, and depositing it in the United States mail at San Leandro, California, addressed as follows:

[]    **PERSONAL SERVICE**

**{1}.    Office of the United States Attorney
450 Golden Gate Avenue-11th Floor,
San Francisco, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2007, at San Leandro, California.

_____//S//_____
Olumide K. Obayemi