1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             OAKLAND DIVISION
11
   PHILIP CHUKS ONWUATOGWU,           )
12                                    ) No. C 07-4076 SBA
                  Plaintiff,          )
13                                    )
             v.                       )
14                                    ) **STIPULATION TO DISMISS; AND**
   ALBERTO GONZALES, Attorney General,) **[PROPOSED] ORDER**
15 United States Department of Justice, United )
   States Citizenship and Immigration Services; )
16 DAVID N. STILL, Officer in Charge of the    )
   San Francisco Sub-Office of the United States )
17 Citizenship and Immigration Services,       )
   and DOES 1 - 25,                  )
18                                    )
                  Defendants.         )
19 _____)

20     Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorney

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22 action without prejudice because the United States Citizenship and Immigration Services is now

23 prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days

24 of the dismissal of this action.

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stipulation to Dismiss
C07-4076 SBA                              1

Dated: October 3, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 3, 2007

/s/
OLUMIDE K. OBAYEMI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C07-4076 SBA        2