1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| PHILIP CHUKS ONWUATOGWU, | ) |
|---|---|
| Plaintiff, | ) No. C 07-4076 SBA |
| v. | ) **STIPULATION TO DISMISS; AND ORDER** |
| ALBERTO GONZALES, Attorney General, United States Department of Justice, United States Citizenship and Immigration Services; DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the United States Citizenship and Immigration Services, and DOES 1 - 25, | ) |
| Defendants. | ) |

Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-4076 SBA                                    1

Dated: October 3, 2007                    /s/
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorney for Defendants


Dated: October 3, 2007                    /s/
                                          OLUMIDE K. OBAYEMI
                                          Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   10/11/07                          _Saundra B Armstrong_
                                          SAUNDRA B. ARMSTRONG
                                          United States District Judge